UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

STASON SUTTON,

                **Plaintiff,**

-against-

GSH ASSOCIATES, LLC, et al.,

                **Defendants.**

-----------------------------------------------------------------X

24-CV-00005 (PAE)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    A mediation conference was held on June 26, 2024, and the parties were ordered to file an update on the outcome of that conference by July 1, 2024. To date, the Court has not received that status update. Accordingly, by July 11, 2024, the parties shall update the Court on the status of the mediation conference.

SO ORDERED.

_/s/ Sarah Netburn_
SARAH NETBURN
United States Magistrate Judge

DATED:    July 10, 2024
                New York, New York